CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 OCT 24  PM 2: 30

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STEVEN EDWARD BOYD, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:13-CV-0087 |
| | § | |
| JOEL RICHARDSON, | § | |
| Randall County Sheriff, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came for consideration the Petition for a Writ of Habeas Corpus by a Person in State Custody filed by petitioner STEVEN EDWARD BOYD. On October 2, 2013, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending petitioner's application for a writ of habeas corpus be dismissed for want of prosecution. As of this date, petitioner has not filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DISMISSED.

It is SO ORDERED.

ENTERED this _____24th_____ day of _____October_____ 2013.


MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE